UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDREW PRICE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-0197-X |
| | § | |
| HEATHER CREEK APARTMENTS | § | |
| and SUNRIDGE MANAGEMENT | § | |
| GROUP, INCORPORATED, | § | |
| | § | |
| *Defendants.* | § | |

## DISMISSAL ORDER

In accordance with the parties' joint stipulation of dismissal, Doc. 31, the Court **DISMISSES WITH PREJUDICE** all claims by all parties in this case. Each party will bear its own attorney fees and costs.

**IT IS SO ORDERED** this 17th day of November, 2023.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1